DENNIS SULLIVAN and Another v. IRENE E. VANHAUSEN.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

HERMAN FALKENSTEIN, INC. v. MARY E. COUNSELMAN, as Executrix, etc., of CHARLES COUNSELMAN, Deceased.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

J. J. SAMPLE and Others v. NEW YORK COTTON EXCHANGE and Others, as Executors, etc., of SAMUEL NEWBURGER, Deceased, and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, Sherman and Townley, JJ.

GASTON, WILLIAMS & WIGMORE, INC., v. EQUITABLE TRUST COMPANY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin and Townley, JJ.

In the Matter of CAROLINE STERN, Deceased. NEW YORK TRUST COMPANY and Another; S. SIDNEY STERN, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

ANNA M. SCHUMACHER v. GINSBURG NEWS COMPANY, INCORPORATED.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Motion for a stay granted so far as to stay execution of the judgment until the granting or final refusal by the Court of Appeals of leave to appeal, upon defendant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Finch, P. J., Merrell, McAvoy, Sherman and Townley, JJ.

BERTRAM F. STERN v. PREMIER SHIRT CORPORATION, a Domestic Corporation, and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Sherman and Townley, JJ.

ELSIE MACDONALD SAVILLE, Individually and as Ancillary Administratrix, etc., of ALBERT J. MACDONALD, Deceased, v. ROBERT SWEET and PAUL HAYES and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

G. GOLDBERG & SON, INC., v. WEISBERG-GOLDMAN CORPORATION and Another. — Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

G. GOLDBERG & SON, INC., v. WEISBERG-GOLDMAN CORPORATION and Another. — Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

MABEL ANDERSON BURGHARD v. GEORGE E. BURGHARD; HANN & RAPP.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs to the respondents against the present attorneys for the plaintiff. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

IRLRAY REALTY AND CONSTRUCTION CORPORATION v. PERRY A. HULL and EDITH HULL.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.